305 N.Y. 872 (1953)
Timothy F. Broderick, Plaintiff,
v.
Cauldwell-Wingate Co., Inc., et al., Defendants.
Cauldwell-Wingate Co., Inc., Third-Party Plaintiff-Appellant,
v.
Brennan & Sloan, Inc., Third-Party Defendant-Respondent.
Court of Appeals of the State of New York.
Argued June 1, 1953.
Decided July 14, 1953
Victor D. Werner and Akin M. French for appellant.
Emil V. Pilz for respondent.
Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.
Judgment affirmed, with costs; no opinion.